JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FIRST AMERICAN FINANCIAL CORPORATION CASES | SACV 19-1105 DSF(Ex)<br>SACV 19-1180 DSF(Ex)<br><br>JUDGMENT |
| LASHEEDA FORNEY,<br>      Plaintiff,<br><br>      v.<br><br>FIRST AMERICAN FINANCIAL CORPORATION, et al.,<br>      Defendants. | |

    The Court having granted Plaintiff Lasheeda Forney's motion for voluntary dismissal,

    IT IS ORDERED AND ADJUDGED that Forney take nothing and that the action be dismissed without prejudice.

Date: December 3, 2020

                                                Dale S. Fischer<br>                                                United States District Judge